**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02321-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

TED ROBERT JONES,

    Plaintiff,

v.

SANDRA K. MILLER, as an individual and as Delta County Combined Colo. Courts,
MEAGAN LARSON, as an individual and as Mesa County Combined Colo. Courts
    Judge,
DANIEL ABEYTA, as an individual and as Deputy Sheriff Delta County Colo., Sheriffs
    Office,
CORY ESHELMAN, as an individual and as Deputy Sheriff Delta County Colo. Sheriffs
    Office,
BART GREER, as an individual and as District Attorney Mesa County Colo. Combined
    Court,
MR. SWAIN, as an individual and as District Attorney Delta-Mesa Colo. Combined
    Court,
DR. SEWELL, as an individual and as physc. M.D. Colo. Mental Health Institute of
    Pueblo,
DR. CHAFONTE, as an individual and as physc. M.D. Colo. West Mental Health,
DR. RANEY, as an individual and as physc. M.D. Colo. West Mental Health,
MR. BAKER, as an individual and as Deputy Sheriff Garfield County Sheriff,
MR. BOTGER, as an individual and as Mesa County Colo. Combined Court Judge,
MR. CAPTAIN TOM, as an individual and as Records Clerk CBI, Lakewood, Co,
COLORADO BUREAU OF INVESTIGATION,
TERRY McCOIGE, as an individual and as Probation Officer Delta, Co, and
DR. ROSS, Physc. M.D. Delta County Jail,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff, an inmate at the Mesa County Jail in Grand Junction, Colorado, has

filed *pro se* a Prisoner Complaint (ECF No. 1), a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), a Notice of Appeal (ECF No. 4), and a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 5).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) \_\_\_ is not submitted
(2) \_\_\_ is missing affidavit
(3) _xx_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_\_ is missing certificate showing current balance in prison account
(5) \_\_\_ is missing required financial information
(6) \_\_\_ is missing authorization to calculate and disburse filing fee payments
(7) \_\_\_ is missing an original signature by the prisoner
(8) \_\_\_ is not on proper form
(9) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) \_\_\_ other: _____.

**Complaint, Petition or Application**:
(11) \_\_\_ is not submitted
(12) \_\_\_ is not on proper form (must use the court's current form)
(13) \_\_\_ is missing an original signature by the prisoner
(14) \_\_\_ is missing page nos. \_\_\_\_
(15) \_\_\_ uses et al. instead of listing all parties in caption
(16) \_\_\_ names in caption do not match names in text
(17) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED August 29, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge