IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 13-cv-02321-BNB

TED ROBERT JONES,

      Plaintiff,

v.

SANDRA K. MILLER, as an individual and as Delta County Combined Colo. Courts,
MEAGAN LARSON, as an individual and as Mesa County Combined Colo. Courts
      Judge
DANIEL ABEYTA, as an individual and as Deputy Sheriff Delta County Colo., Sheriff's
      Office,
CORY ESHELMAN, as an individual and as Deputy Sheriff Delta County Colo. Sheriff's
      Office,
BART GREER, as an individual and as District Attorney Mesa County Colo. Combined
      Court,
MR. SWAIN, as an individual and as District Attorney Delta-Mesa Colo. Combined
      Court,
DR. SEWELL, as an individual and as physc. M.D. Colo. Mental Health Institute of
      Pueblo,
DR. CHAFONTE, as an individual and as physc. M.D. Colo. West Mental Health,
DR. RANEY, as an individual and as physc. M.D. Colo. West Mental Health,
MR. BAKER, as an individual and as Deputy Sheriff Garfield County Sheriff,
MR. BOTGER, as an individual and as Mesa County Colo. Combined Court Judge,
MR. CAPTAIN TOM, as an individual and as Records Clerk CBI, Lakewood, Co,
COLORADO BUREAU OF INVESTIGATION,
TERRY McCOIGE, as an individual and as Probation Officer Delta, Co, and
DR. ROSS, Physc, M.D. Delta County Jail,

      Defendants.

---

SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, an inmate at the Mesa County Jail in Grand Junction, Colorado, initiated

this action by filing *pro se* a Prisoner Complaint (ECF No. 1), a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), a Notice of

Appeal (ECF No. 4), and a Prisoner's Motion and Affidavit for Leave to Proceed on

Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 5).  On August

29, 2013, the court entered an order directing Mr. Jones to cure a deficiency if he

wishes to pursue his claim in this action.  More specifically, the court directed Mr. Jones

to submit a certified copy of his inmate trust fund account statement for the six-month

period immediately preceding the filing of this action.  It has come to the court's

attention that Mr. Jones also failed to submit in support of the motions seeking leave to

proceed *in forma pauperis* a signed authorization to calculate and disburse filing fee

payments.  He will be directed to file a signed authorization if he still seeks to proceed *in

forma pauperis* pursuant to § 1915 in this action.  Accordingly, it is

ORDERED that **within thirty (30) days from the date of this order** Mr. Jones

shall submit a signed authorization to calculate and disburse filing fee payments.  It is

FURTHER ORDERED that, if Mr. Jones fails within the time allowed to submit a

signed authorization to calculate and disburse filing fee payments, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED September 16, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge