IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02321-BNB

TED ROBERT JONES,

    Plaintiff,

v.

SANDRA K. MILLER, as an individual and as Delta County Combined Colo. Courts,
MEAGAN LARSON, as an individual and as Mesa County Combined Colo. Courts
    Judge
DANIEL ABEYTA, as an individual and as Deputy Sheriff Delta County Colo., Sheriff's
    Office,
CORY ESHELMAN, as an individual and as Deputy Sheriff Delta County Colo. Sheriff's
    Office,
BART GREER, as an individual and as District Attorney Mesa County Colo. Combined
    Court,
MR. SWAIN, as an individual and as District Attorney Delta-Mesa Colo. Combined
    Court,
DR. SEWELL, as an individual and as physc. M.D. Colo. Mental Health Institute of
    Pueblo,
DR. CHAFONTE, as an individual and as physc. M.D. Colo. West Mental Health,
DR. RANEY, as an individual and as physc. M.D. Colo. West Mental Health,
MR. BAKER, as an individual and as Deputy Sheriff Garfield County Sheriff,
MR. BOTGER, as an individual and as Mesa County Colo. Combined Court Judge,
MR. CAPTAIN TOM, as an individual and as Records Clerk CBI, Lakewood, Co,
COLORADO BUREAU OF INVESTIGATION,
TERRY McCOIGE, as an individual and as Probation Officer Delta, Co, and
DR. ROSS, Physc, M.D. Delta County Jail,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Ted Robert Jones, initiated this action while he was incarcerated at the Mesa County Detention Facility in Grand Junction, Colorado, by filing *pro se* a Prisoner Complaint (ECF No. 1), Prisoner's Motion and Affidavit for Leave to Proceed Pursuant

to 28 U.S.C. § 1915 (ECF No. 3), Notice of Appeal (ECF No. 4), and Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 5). On August 29, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Jones to cure a deficiency if he wished to pursue his claims in this action. More specifically, Magistrate Judge Boland directed Mr. Jones to submit a certified copy of his inmate trust fund account statement in support of his request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On September 12, 2013, Mr. Jones submitted a certified copy of his inmate trust fund account statement.

On September 16, 2013, Magistrate Judge Boland entered an order directing Plaintiff to submit a signed authorization to calculate and disburse filing fee payment. Mr. Jones was warned that the action would be dismissed without further notice if he failed to submit a signed authorization within thirty days.

On September 30, 2013, the copy of Magistrate Judge Boland's September 16 order that was mailed to Mr. Jones at the Mesa County Detention Facility address was returned to the Court undelivered. The returned envelope (ECF No. 11) includes a stamp or sticker that reads "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD."

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address within five days of any change of address. Mr. Jones has failed to comply with the Court's local rules and, as a result, he has failed within the time allowed to submit a signed authorization to calculate and disburse filing fee payments as directed. Therefore, the complaint and the action will be dismissed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Jones failed to cure a deficiency as directed. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) and the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 5) are denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  23rd  day of    October    , 2013.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court